# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JOAN LICHTMAN, | No. 363 EAL 2015 |
| Petitioner | |
| v. | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| RONALD CASTILLE, | |
| Respondent | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.